■ In the Matter of LINDA MARIE CRONIN, a Suspended Attorney. [41 NYS3d 912]—Motion by Linda Marie Cronin for reinstatement to the bar as an attorney and counselor-at-law. Ms. Cronin was admitted to the bar at a term of the Appellate Division of the Supreme Court in the First Judicial Department on March 26, 1984.

By decision and order on application dated December 31, 2012, this Court authorized the Grievance Committee for the Tenth Judicial District to institute and prosecute a disciplinary proceeding against Ms. Cronin based upon the acts of professional misconduct alleged in a verified petition dated July 17, 2012. By opinion and order of this Court dated July 22, 2015, Ms. Cronin was suspended from the practice of law for a period of one year (see Matter of Cronin, 131 AD3d 317 [2015]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted, effective immediately, Linda Marie Cronin is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Linda Marie Cronin to the roll of attorneys and counselors-at-law. Eng, P.J., Rivera, Dillon, Balkin and Leventhal, JJ., concur.